■ (A) In the Matter of MARTHA SELIG, Appellant, v. JOSEPH CAPUTA, as Temporary State Rent Administrator, Respondent, and ALVIN REGENSBERG, on Behalf of Himself and All Other Tenants Similarly Situated, Intervenor-Respondent. (B) DOROTHY H. REILLY et al., Respondents, v. MARTHA SELIG, Appellant. Ughetta, Acting P. J., Kleinfeld, Christ and Pette, JJ., concur; Brennan, J., not voting. (C) MARY L. TRAVERSONE, an Infant, by ANGELO

TRAVERSONE, Her Guardian ad Litem, et al., Respondents, v. MACFADDEN SCHOOL FOR CHILDREN, Appellant. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.— [In each action] Motion by appellant for leave to appeal to the Court of Appeals denied.